RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAY 12 2021

Revd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO  CASE NO. 21-40-BER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA ESPINOZA,<br>MATIAS AHUMADA-AVENDANO,<br><br>Defendants. | Case No. CR 21-129 -S BLW<br><br>INDICTMENT<br><br>18 U.S.C. § 2(a)<br>18 U.S.C. § 981<br>18 U.S.C. § 1028A<br>18 U.S.C. § 1343<br>18 U.S.C. § 1349<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### GENERAL ALLEGATIONS

At all times relevant to the indictment:

1. The defendants resided outside the District of Idaho.

2. Best Buy Co., Inc. ("Best Buy") is an electronics retail chain with stores across the United States. Best Buy has stores in the District of Idaho, including locations at 8363 W. Franklin Rd. in Boise, Idaho.

INDICTMENT – 1

3. When a customer makes (or attempts to make) a purchase at a Best Buy store in the District of Idaho using a credit card or debit card, electronic wire communications are generated to process the transaction. These wire communications include a communication from the store location in the District of Idaho to Best Buy's transaction processing center outside of the District of Idaho, and a corresponding electronic wire communication from the processing center in back to the store location in the District of Idaho.

4. Target Corporation ("Target") is a retail chain with stores across the United States. Target has stores in the District of Idaho, including a location at 633 N. Milwaukee St., in Boise.

5. When a customer makes (or attempts to make) a purchase at a Target store in the District of Idaho using a credit card, electronic wire communications are generated to process the transaction. These wire communications include a communication from the store location in the District of Idaho to Target's transaction processing center in Minnesota, and a corresponding electronic wire communication from the processing center in Minnesota back to the store location in the District of Idaho.

## COUNT ONE

### Conspiracy to Commit Wire Fraud
### 18 U.S.C. §§ 1343, 1349

6. The allegations set forth in paragraphs 1 through 5 are re-alleged and incorporated as though set forth in full herein.

7. On a date unknown, and continuing until April 26, 2021, in the District of Idaho and elsewhere, the defendants, CLAUDIA ESPINOZA and MATIAS AHUMADA-AVENDANO, and co-conspirators known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, confederated, agreed and had a tacit understanding with each

INDICTMENT – 2

other and others known and unknown to the grand jury to commit wire fraud; that is, to devise and intend to devise a scheme to defraud, as to material matters, retail stores in the Boise, Idaho area and elsewhere, and actual persons whose credit cards and personal identifying information the defendants used without lawful authority; and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises; by knowingly transmitting and causing to be transmitted by means of wire communication in interstate commerce any writings, signs, signals and sounds for the purpose of executing such scheme.

## MANNER AND MEANS

8. In order to further the objects and goals of the conspiracy, the defendants, and co-conspirators known and unknown to the Grand Jury, used the following manners and means, among others:

   a. The defendants agreed to, and did, steal credit cards of real persons, without the knowledge and permission of those individuals, and with the intent to use the means of identification to further the conspiracy and scheme.

   b. The defendants agreed to, and did, travel from Florida to Idaho and elsewhere to further the conspiracy and scheme.

   c. The defendants agreed to, and did, travel to various cities including various locations in Boise, Idaho and surrounding cities and stole individuals' credit cards. The defendants primarily stole the credit cards from unattended vehicles at trailheads or parks.

   d. Once in possessing of the stolen credit cards, the defendants agreed to, and did, travel to various retails stores, including Best Buy and Target stores, in the

INDICTMENT – 3

various cities they traveled to, including Boise, Idaho and surrounding cities to use the stolen credit cards to purchase electronics, merchandise, and gift cards.

e. The defendants assisted each other in the conspiracy and scheme by providing each other with the stolen credit cards; by driving together to the retail stores; by assisting each other during the fraudulent transactions; and by assisting in the possession and transfer of electronics, merchandise, and gift cards obtained via the conspiracy and scheme.

## OVERT ACTS

9. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the District of Idaho and elsewhere:

a. On or about August 24, 2020, the Defendants traveled to the Boise, Idaho area from out of state.

b. On or about November 12, 2020, the Defendants traveled to the Boise, Idaho area from out of state.

c. On or before February 8, 2021, the Defendants traveled to the Boise, Idaho area from out of state.

d. On or about August 24, 2020, the Defendants stole the credit card(s) of A.S. from a parked vehicle.

e. On or about November 12, 2020, the Defendants stole the credit card(s) of M.Z. from a parked vehicle.

f. On or before February 8, 2021, the Defendants stole the credit card(s) of K.S. from a parked vehicle.

INDICTMENT – 4

g. On August 24, 2020, the defendants traveled to the Best Buy at 8363 W. Franklin Rd. in Boise, ID and made, and assisted each other in making, at least one fraudulent purchases with a stolen credit card belonging to A.S.

h. On November 12, 2020, the defendants traveled to the Best Buy at 8363 W. Franklin Rd. in Boise, ID and made, and assisted each other in making, at least one fraudulent purchases with a stolen credit card belonging to M.Z.

i. On November 12, 2020, the defendants traveled to the Best Buy at 8363 W. Franklin Rd. in Boise, ID and made, and assisted each other in making, at least one fraudulent purchases with a stolen credit card belonging to L.G.

j. On February 8, 2021, the defendants traveled to the Target at 633 N. Milwaukee St. in Boise, ID and made, and assisted each other in making, at least one fraudulent purchases with a stolen credit card belonging to K.S.

k. On February 8, 2021, the defendants traveled to the Best Buy at 8363 W. Franklin Rd. in Boise, ID and made, and assisted each other in making, at least one fraudulent purchases with a stolen credit card belonging to K.S.

In violation of 18 U.S.C. §§ 1343, 1349.

## COUNTS TWO THROUGH SIX

### Wire Fraud
### 18 U.S.C. §§ 1343 and 2(a)

10. The allegations set forth in paragraphs 1 through 9 are re-alleged and incorporated as though set forth in full herein.

11. On the dates and at the locations shown below, in the District of Idaho, the defendants, CLAUDIA ESPINOZA and MATIAS AHUMADA-AVENDANO, devised and intended to devise a scheme to defraud, as to material matters, the retail stores and actual persons

whose personal identifying information the defendants used without lawful authority listed below; and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises; and, for purposes of executing such scheme, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce any writings, signs, signals and sounds, namely, purchases of gift cards and merchandise through electronic transaction processing systems, and aided and abetted each other in the same, each transmission shown below constituting a separate count of this Indictment:

| COUNT | DATE & TIME | LOCATION | CREDIT CARD HOLDER | ITEMS PURCHASED |
|---|---|---|---|---|
| 2 | Aug. 24, 2020 11:20 a.m. | Best Buy 8363 W. Franklin Rd. Boise, ID | A.S. | MacBook Pro and USB adapter totaling $2,660.58 |
| 3 | Nov. 12, 2020 11:18 a.m. | Best Buy 8363 W. Franklin Rd., Boise, ID | M.Z. | MacBook Pro, USB adapter, and St. Jude's donation totaling $2,555.58 |
| 4 | Nov. 12, 2020 1:20 p.m. | Best Buy 8363 W. Franklin Rd., Boise, ID | L.G. | MacBook Pro and USB adapter totaling $2,554.58 |
| 5 | Feb. 8, 2021 11:38 a.m. | Target 633 N. Milwaukee St., Boise, ID | K.S. | Gift cards and merchandise totaling $636.00 |
| 6 | Feb. 8, 2021 11:57 a.m. | Best Buy 8363 W. Franklin Rd., Boise, ID | K.S. | MacBook Pro, USB adapter, and gift card totaling $3,276.13 |

In violation of Title 18, United States Code, Sections 1343 and 2(a).

INDICTMENT – 6

## COUNTS SEVEN THROUGH ELEVEN

### Aggravated Identity Theft
### 18 U.S.C. §§ 1028A and 2(a)

12. The allegations set forth in paragraphs 1 through 9 are re-alleged and incorporated as though set forth in full herein.

13. On the dates and at the locations shown below, in the District of Idaho, the defendants, CLAUDIA ESPINOZA and MATIAS AHUMADA-AVENDANO, without lawful authority, did knowingly possess and use, and aided and abetted each other in the same, a means of identification of another person, namely, credit card account numbers, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349 as alleged in Count One, and wire fraud, in violation of 18 U.S.C. § 1343 as alleged in Counts Two through Six, all counts incorporated herein by reference, knowing that the means of identification belonged to another actual person, each possession and use shown below constituting a separate count of this indictment:

| COUNT | UNDERLYING WIRE FRAUD COUNT | DATE & TIME | CREDIT CARD HOLDER | LAST FOUR DIGITS OF CREDIT CARD ACCOUNT |
|---|---|---|---|---|
| 7 | 2 | Aug. 24, 2020 11:20 a.m. | A.S. | 2544 |
| 8 | 3 | Nov. 12, 2020 11:18 a.m. | M.Z. | 4444 |
| 9 | 4 | Nov. 12, 2020 1:20 p.m. | L.G. | 3520 |
| 10 | 5 | Feb. 8, 2021 11:38 p.m. | K.S. | 3583 |
| 11 | 6 | Feb. 8, 2021 11:57 p.m. | K.S. | 0414 |

**INDICTMENT – 7**

In violation of Title 18, United States Code, Sections 1028A and 2(a).

## CRIMINAL FORFEITURE ALLEGATION

### Wire Fraud Forfeiture
### 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c)

As a result of the violations of 18 U.S.C. §§ 1343 and 1349, as charged in Counts One through Six, the defendants, CLAUDIA ESPINOZA and MATIAS AHUMADA-AVENDANO, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting and derived from proceeds the defendants obtained directly or indirectly as a result of such violations, including but not limited to the following:

    A.    <u>Cash Proceeds</u>: Any and all United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, which were subsequently expended, spent, distributed, and otherwise disposed of by the defendants, and as to which they are jointly and severally liable.

    B.    <u>Unauthorized Access Devices and Gift Cards</u>: Any unauthorized access devices and gift cards used in or derived from the offenses.

    C.    <u>Substitute Assets</u>: Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendants' assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

        1.    Cannot be located upon the exercise of due diligence;

        2.    Has been transferred or sold to, or deposited with, a third person;

        3.    Has been placed beyond the jurisdiction of the court;

        4.    Has been substantially diminished in value; or

        5.    Has been commingled with other property which cannot be subdivided

without difficulty.

Dated this 11th day of May, 2021.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

For
JOSHUA D. HURWIT
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT – 9

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

MATIAS AHUMADA-AVENDANO

*WARRANT FOR ARREST*

1:21-CR-129-BLW

**RECEIVED**
By United States Marshals Service at 9:00 am, May 13, 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MATIAS AHUMADA-AVENDANO** and bring forthwith to the nearest magistrate judge to answer a **INDICTMENT** charging with the below listed violations.

18 U.S.C. § 1343, 1349 – CONSPIRACY TO COMMIT WIRE FRAUD
18 U.S.C. § 1343 AND 2(a) – WIRE FRAUD
18 U.S.C. §§ 1028A AND 2(a) – AGGRAVATED IDENTITY THEFT



United States Courts
District of Idaho
**ISSUED**
Annie Williams
on May 12, 2021 2:43 pm

Annie Williams, Deputy Clerk

Name and Title of Issuing Officer

May 12, 2021

Date

---

**RETURN**

This warrant was received 5/18/21 and executed with the arrest of the above-name individual at _____.

MARTIN COUNTY SHERIFF'S OFFICE JAIL/800 SE MONTEREY RD. STUART, FL 34994

Signature of Arresting Officer

5/18/21

Date of Arrest

JOSEPH BLANDFORD – SPECIAL AGENT USSS
Name & Title of Arresting Officer